UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RANDALL POULOS, | ) |
| | ) |
| Plaintiff, | ) Civil Court of Rutherford |
| | ) County, Tennessee |
| v. | ) Case No. 59492 |
| | ) |
| ALLIED WASTE INDUSTRIES OF | ) (Removed) |
| TENNESSEE, INC. AND REPUBLIC | ) Federal Civil Action |
| SERVICES OF TENNESSEE, LLC, | ) No. _____ |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Allied Waste Industries of Tennessee, Inc. ("AW") and Republic Services of Tennessee, Inc. ("Republic"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 56, move this Court to grant summary judgment in their favor. For the reasons set forth in the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment there is no genuine issue of material fact, and Defendants are entitled to judgment as a matter of law on Plaintiff's claim of retaliatory discharge.

*[Handwritten order:] ORDER, Upon review, this motion is DENIED without prejudice to renew upon completion of discovery and can be renewed by incorporating by reference the earlier motion papers. [signature] VSR 5-3-10*