IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RANDALL POULOS, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:09-00994 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| BFI WASTE SERVICES, LLC d/b/a | ) | |
| ALLIED WASTE SERVICES OF | ) | |
| MURFREESBORO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the parties' joint stipulation of dismissal with prejudice (Docket Entry No. 30), this action is **DISMISSED with prejudice**.

It is so **ORDERED**.

**ENTERED** this the 16th day of August, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge